Lizzie E. Howell, Respondent, v. David T. Howell, Appellant.— Order affirmed, with

ten dollars costs and disbursements. No opinion. All concurred.